**DISMISS and Opinion Filed December 22, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01104-CV**

**VANESSA ALEMAN, Appellant**
**V.**
**APARICIO GONZALEZ, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-01138**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

On June 15, 2022, the trial court signed a judgment dismissing the underlying case for want of prosecution. Appellant filed a timely motion to reinstate.[1] In the notice of appeal filed on October 12, 2022, appellant states she is appealing from the trial court's September 15, 2022 order denying her motion to reinstate the case. Before the Court is appellee's motion to dismiss the appeal for want of jurisdiction asserting the appeal is untimely. Although given an opportunity to file a response, appellant did not do so.

---

[1] The motion to reinstate was filed on June 22, 2022 and is viewable on the trial court's website.

When a party files a timely post-judgment motion extending the appellate timetable, the notice of appeal is due ninety days after the judgment is signed or, with an extension motion, fifteen days after the deadline. *See* TEX. R. APP. P. 26.1(a); 26.3. Without a timely notice of appeal, this Court lacks jurisdiction. *See Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g).

A motion to reinstate extends the appellate deadline. *See* TEX. R. APP. P. 26.1(a)(3). However, the appealable order is the dismissal order, not the order denying a motion to reinstate. *See Weik v. Second Baptist Church of Houston*, 988 S.W.2d 437, 438 (Tex. App.—Houston [1st Dist.] 1999, pet. denied). The time to file the notice of appeal runs from the signing of the dismissal order. *See id.*

The dismissal order was signed on June 15, 2022 and appellant filed a timely motion to reinstate on June 22nd. Accordingly, the notice of appeal was due on September 13th or, with an extension motion, September 28th. Appellant filed a notice of appeal on October 12th, fourteen days late. Because appellant failed to timely appeal, we grant appellee's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/  
ROBERT D. BURNS, III  
CHIEF JUSTICE

221104F.P05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

VANESSA ALEMAN, Appellant

No. 05-22-01104-CV      V.

APARICIO GONZALEZ, Appellee

On Appeal from the 193rd Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-19-01138. Opinion delivered by Chief Justice Burns. Justices Molberg and Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee APARICIO GONZALEZ recover his costs of this appeal from appellant VANESSA ALEMAN.

Judgment entered December 22, 2022